160 A.3d 553

**MATTHIAS, Ryan Patrick**

v.

**STATE of Maryland**

**Pet. Docket No. 59, Sept. Term, 2017**

Court of Appeals of Maryland.

May 22, 2017

Opinion of the Court of Special Appeals unreported (No. 1122, Sept. Term, 2014).

Petition for writ of certiorari denied.

160 A.3d 553

**MCKENNY, Donte I.**

v.

**STATE of Maryland**

**Pet. Docket No. 51, Sept. Term, 2017**

Court of Appeals of Maryland.

May 22, 2017

Opinion of the Court of Special Appeals unreported (No. 2707, Sept. Term, 2014).

Petition for writ of certiorari denied.